IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LARRY NORAGON, | ) | Case No. 4:10-cv-03187 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| WAL-MART STORES INC. d/b/a | ) | |
| WAL-MART SUPERCENTER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Motion to Withdraw filed by Aimee C. Bataillon and Spencer Fane Britt & Browne LLP (Document #22). The Court finds the Motion should be granted.

IT IS ORDERED that Aimee C. Bataillon and Spencer Fane Britt & Browne LLP are allowed to withdraw as counsel for Defendant Wal-Mart Stores Inc. d/b/a Wal-Mart Supercenter in the above case.

DATED this 5th day of May, 2011.

BY THE COURT:

s/ *Cheryl R Zwart*
U.S. Magistrate Judge