IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LARRY NORAGON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3187 |
| | ) | |
| v. | ) | |
| | ) | |
| WAL-MART STORES, INC., | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The parties joint motion to extend the progression schedule, (filing no. 24), is granted.

2) The progression schedule is stayed pending further order of the court.

3) A telephonic conference before the undersigned magistrate judge will be held on June 16, 2011 at 10:00 a.m. to discuss the status of the parties' efforts toward settlement. This conference will be cancelled if the parties file a joint motion for dismissal on or before June 15, 2011.

DATED this 13th day of May, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge