IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LARRY NORAGON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3187 |
| | ) | |
| V. | ) | |
| | ) | |
| WAL-MART STORES, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The court has been advised that the parties in the above-captioned matter have reached a settlement of their claims. Accordingly,

IT IS ORDERED that:

(1) Within **forty-five (45)** calendar days of the date of this order, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court (and provide a copy to the magistrate judge to whom this case is assigned), together with submitting a draft order which will fully dispose of the case;

(2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice;

(3) The status conference set for June 16, 2011 at 10:00 a.m. is cancelled.

(4) This case is removed from the court's October 17, 2010 trial docket upon representation by the parties that the case has settled.

DATED this 15th day of June, 2011.

BY THE COURT:

*S/ Cheryl R. Zwart*
United States Magistrate Judge